UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Rene RAMOS–CARABANTES,
Defendant–Appellant.

No. 05–50630
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Rene Ramos–Carabantes raises arguments that are foreclosed by *United States v. Rueda–Rivera*, 396 F.3d 678, 680 (5th Cir.2005), which held that the admission of a certificate of nonexistence of record, which reflected that the deported defendant had not received consent to reenter the United States, did not violate a defendant's rights under the Confrontation Clause. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

